UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------X

MARIA FRAGOSO,

                Plaintiff,

- against -

CITIBANK,

                Defendant.

----------------------------------------------------X

**ORDER**
**09 CV 1502 (CBA)(LB)**

**BLOOM, United States Magistrate Judge:**

By Order dated July 2, 2009, the Court set the briefing schedule for defendant's motion for summary judgment. See docket entry 8. Plaintiff's opposition to the motion was due by September 21, 2009. Plaintiff has failed to oppose the motion and defendant has filed its motion for summary judgment unopposed. See docket entries 10-12. In an abundance of caution, the Court extends plaintiff's time to oppose the motion to January 13, 2010. Should plaintiff oppose the motion, defendant shall serve any reply and file the fully briefed motion electronically by January 27, 2010. Should plaintiff fail to oppose defendant's motion by January 13, 2010, the Court shall consider the motion for summary judgment unopposed and fully briefed.

SO ORDERED

/S/
LOIS BLOOM
United States Magistrate Judge

Dated: December 23, 2009
      Brooklyn, New York