UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------X
MARIA FRAGOSO,

              Plaintiff,              **ORDER**
                                          **09 CV 1502 (CBA)(LB)**

   - against -

CITIBANK,

              Defendant.
--------------------------------------------------X
**BLOOM, United States Magistrate Judge:**

     By Order dated December 23, 2010, the Court extended plaintiff's time to file an

opposition to defendant's motion for summary judgment to January 13, 2010. See docket entry

15. On January 5, 2010, plaintiff filed papers with defendant's counsel. See docket entry 16.

The Court shall consider plaintiff's filing as her opposition. On January 27, 2010, defendant

filed a letter in reply to plaintiff's filing. See docket entry 17. The Court hereby considers the

motion fully briefed.

SO ORDERED

                                   /Signed by Judge Lois Bloom/
                                   LOIS BLOOM
                                   United States Magistrate Judge

Dated: January 28, 2010
       Brooklyn, New York