UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------X

MARIA FRAGOSO,

               Plaintiff,                      **ORDER**
                                                    **09 CV 1502 (CBA)(LB)**

    - against -

CITIBANK,

               Defendant.

--------------------------------------------------X

**BLOOM, United States Magistrate Judge:**

Plaintiff filed a letter to the Court in Spanish dated January 28, 2010. All submissions to the Court must be in English. The Court will not consider any additional filings in this action as defendant's motion for summary judgment is fully briefed. The parties will be notified when the motion has been decided.

SO ORDERED.

                                                      /Signed by Judge Lois Bloom/
                                                      LOIS BLOOM
                                                      United States Magistrate Judge

Dated: February 2, 2010
       Brooklyn, New York